

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KAN:DAL

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:  147 Pierrepont Street*
*Brooklyn, New York 11201*

October 26, 2007

**APPLICATION GRANTED.**
**SO ORDERED.**

Dated:    Brooklyn, New York
          11/21/07

s/ CBA
**CAROL BAGLEY AMON**
United States District Judge

Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States v. Hadiatou Barrie
     Criminal Action No. CR-06-631 (CBA)

Dear Judge Amon:

The government respectfully writes, pursuant to Fed. R. Crim. P. 36, to request that the Court correct a clerical error in the defendant's Judgment in a Criminal Case, dated April 20, 2007 (the "Judgment"). Specifically, the Judgment reflects the correct restitution amount of $89,362, but does not name the payee, which is All Systems Satellite Distributors.

At sentencing, the government advised that we would make all efforts to have the defendant's forfeiture of $89,362 applied to this restitution amount by way of a restoration application. We have made this application to the United States Department of Justice ("DOJ"). However, DOJ has advised us that in order for the request to be granted, the victim must be named in the

2

restitution order.  Accordingly, the government respectfully submits that the omission was a clerical error and requests that the Court amend the Judgment to reflect that the restitution payee is All Systems Satellite Distributors.

> Respectfully submitted,
>
> BENTON J. CAMPBELL
> United States Attorney

By: _____
Douglas A. Leff
Special Assistant U.S. Attorney
(718) 254-6035

cc: Andrew M. Tilem, Esq.

Peter Howard Tilem, Esq.

*By electronic filing*